# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY PEEL

NO. 2019 KW 1153

**NOV 2 5 2019**

---

In Re:  Jeffery Peel, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1000811.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT